## First Department, October, 1936.
### (October 5, 1936.)

In the Matter of the Petition of Benjamin I. Cantor.— Motion granted. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of Maxwell Goldstein.— Reference ordered. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.

In the Matter of Abraham Wilson, an Attorney.— Motion granted. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

### (October 8, 1936.)

In the Matter of the Application of Frank J. Prial, Petitioner-Respondent, against S. Howard Cohen and Others, Respondents, and William F. Brunner, Appellant, for a Judicial Review of the Action of the Inspectors of the Primary Election in All the Election Districts in the Five Counties in the City of New York, and for a Judicial Review and Recount of the Ballots Cast by the Democratic Voters at the Primary Election Held in the City of New York on the 15th Day of September, 1936, for the Office of President of the Board of Aldermen of the City of New York.— Order granting petitioner certain relief on an application made by him under sections 330 and 333 of the Election Law, unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

### (October 9, 1936.)

John J. O'Sullivan, Inc., Respondent, v. Rev. Gervase Kubec and Others, Appellants, Impleaded with Others.— Order denying motion of defendants-appellants for an order remanding action to its original position on the Trial Term Calendar unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Mary J. Monroe, Respondent, v. Patrick J. Monroe, Appellant.— Order granting plaintiff's motion for alimony and counsel fee *pendente lite* unanimously reversed and the motion denied. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Lion Brewery of New York City, Respondent, v. William Heddendorf, Appellant.— Order denying defendant's motion to vacate and set aside a sale of defendant's property by the sheriff of Bronx county and to cancel sheriff's deed unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Belding Heminway Company, Respondent, v. Slater Mills, Inc., Appellant. — Order denying defendant's motion for an order to direct plaintiff to elect and determine which of the causes of action alleged in its complaint it will rely and proceed upon unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.